UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　　CASE NO. 8:13-cr-71-JSM-JSS

URBANO JESUS HERNANDEZ-SITU, ET AL

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Joseph Ruddy.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROGER B. HANDBERG
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　By:　*/s/ Benjamin J. Krebs*
　　　　　　　　　　　　Benjamin J. Krebs
　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　U.S. Attorney No. 210
　　　　　　　　　　　　400 N. Tampa Street, Suite 3200
　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　Telephone:   (813) 274-6127
　　　　　　　　　　　　Facsimile:   (813) 274-6125
　　　　　　　　　　　　Email:   Benjamin.Krebs@usdoj.gov

U.S. v. Urbano Jesus Hernandez-Situ, et al  Case No. 8:13-cr-71-JSM-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Defense Counsel of Record

        */s/ Benjamin J. Krebs*
        Benjamin J. Krebs
        Special Assistant United States Attorney
        U.S. Attorney No. 210
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone:   (813) 274-6127
        Facsimile:   (813) 274-6125
        Email:   Benjamin.Krebs@usdoj.gov